■ HOTEL UTICA, INC., Appellant, v RONALD G. ARMSTRONG et al., Respondents.—Judgment unanimously affirmed, with costs, on the decision at Trial Term, Fischer, J. (Appeal from judgment of Oneida Supreme Court—breach of contract.) Present—Dillon, P. J., Cardamone, Simons, Doerr and Witmer, JJ.